# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:22-cv-04772-JFW-MRWx     Date November 25, 2024

Title: Eric C. Ingstad, et al. v. City of Los Angeles

Present: The Honorable John F. Walter, U.S. District Judge

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

Not Present                              Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Settlement agreement approved July 18, 2023 [44] - Make JS-6

☐ Entered _____.

Initials of Preparer     sr